**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6675**

_____

DANIEL ROSE,

                Plaintiff - Appellant,

      v.

M. COLSTON JONES, Lawyer, Public Defender; KATHLEEN A. ORTIZ, Lawyer, Public Defender,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:17-cv-00226-AWA-RJK)

_____

Submitted:  September 26, 2017              Decided:  September 28, 2017

_____

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel Rose, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Rose appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rose v. Jones*, No. 2:17-cv-00226-AWA-RJK (E.D. Va. filed May 15, 2017, entered May 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*